# IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH PAUL CHOI, AN
INDIVIDUAL; NELLIS CAB LLC
OPERATIONS SERIES, D/B/A NELLIS
CAB COMPANY; AND NELLIS CAB
LLC VEHICLE SERIES 114,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE J.
CHARLES THOMPSON,
Respondents,
    and
JULIO ROBAINA-MORALEZ, AN
INDIVIDUAL,
Real Party in Interest.

No. 78485

FILED

APR 1 8 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS

This original petition for a writ of mandamus challenges a district court order denying summary judgment in a personal injury action.

Having reviewed the petition and supporting documents, we decline to exercise our discretion to consider this matter. *Smith v. Eighth Judicial Dist. Court,* 107 Nev. 674, 677, 818 P.2d 849, 851 (1991). Petitioners have not met their burden to show that our extraordinary intervention is warranted. *See* NRCP 15(a); *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court,* 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (noting that this

19-17129

court generally will not consider writ petitions challenging district court orders denying summary judgment). Accordingly, we

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

cc.    Chief Judge, Eighth Judicial District Court
       Hon. J. Charles Thompson, Senior Judge
       Hutchison & Steffen, LLC/Las Vegas
       D.R. Patti & Associates
       Eighth District Court Clerk